**Order entered August 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00577-CV

### JOSE G. GARCIA, Appellant

### V.

### FABRICIO & MICHELE SOLORIO, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-10644**

## ORDER

The Court has before it appellant's August 13, 2013 unopposed second motion for extension of time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by August 19, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE